**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| | **NOTICE OF MOTION** |

JAMIA MCCULLER

                        Plaintiff,           **Case No.: 21-cv-6763**

       -against-

THE CITY OF ROCHESTER,  a municipal entity,
MICHAEL COLLINS, AMBER GROSCH, JUSTIN
WHITMORE, "JOHN DOE POLICE OFFICER 1-200"
(names and number of whom are unknown at present),
                                    Defendants.

       Defendants City of Rochester, Michael Collins, Amber Grosch and Justin Whitmore ("City Defendants") move this Court pursuant to FED. R. CIV. P. 12(b)(6) to dismiss for failure to state a claim for relief—or alternatively for summary judgment on the ninth, tenth, eleventh and twelfth causes of action in Plaintiff's complaint.

       In support of this motion, the Court is referred to the Declaration of John M. Campolieto, Esq., with exhibit attached, and the Memorandum of Law, all submitted herewith and made part of this motion. The City reserves the right to file a reply memorandum of law within fourteen days of Plaintiff's filing any opposition to this motion.

Date: February 3, 2022

                By:        /s/
                      John M. Campolieto Esq., of Counsel
                      *Attorneys for Defendant*
                      30 Church Street, Room 400A
                      Rochester, NY  14614
                      (585) 428-7410

To:    ROTH & ROTH, LLP
       Elliot D. Shields, Esq.
       *Counsel for Plaintiffs*
       192 Lexington Avenue, Suite 802
       New York, New York 10016