**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JAMIA MCCULLER,<br><br>                                              Plaintiff,<br><br>                    -against-<br><br>THE CITY OF ROCHESTER, MICHAEL COLLINS, AMBER GROSCH, JUSTIN WHITMORE, HENRY FAVOR, RAYMOND DEARCOP, RALPH MONTINARELLI, JOSEPH MORABITO, SAMUEL LUCYSHYN, "JOHN DOE POLICE OFFICERS 1-200" (names and number of whom are unknown at present),<br><br>                                              Defendants. | No.: 21-cv-6763 (FPG) (MJP)<br><br>**DECLARATION OF SERVICE** |

**Elliot Dolby Shields**, **Esq.** an attorney duly admitted to practice in the State of New York and the Western District of New York, swears under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following statement is true and correct:

1.     I am over the age of eighteen years and I reside in the County of New York, State of New York.

2.     On September 4, 2023, Plaintiff filed an Amended Complaint at ECF 28, which added Defendants HENRY FAVOR, NASER ZENELOVIC, RAYMOND DEARCOP, RALPH MONTINARELLI, JOSEPH MORABITO, SAMUEL LUCYSHYN.

3.     Per prior agreement with the City in all of the related "protest cases", the City agreed to Plaintiffs filing amended complaints adding certain "supervisory" defendants, namely, HENRY FAVOR, NASER ZENELOVIC, RAYMOND DEARCOP, RALPH MONTINARELLI, JOSEPH MORABITO, SAMUEL LUCYSHYN, and to accept service on these supervisory defendants by email.

4.      On October 24, 2023, I served HENRY FAVOR, NASER ZENELOVIC, RAYMOND DEARCOP, RALPH MONTINARELLI, JOSEPH MORABITO, SAMUEL LUCYSHYN by emailing a true and correct copy of the Amended Complaint and the Summonses to the attorney for defendants, John Campolieto.

Dated:      New York, New York
             July 5, 2024

~//s//~
Elliot Dolby Shields