UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JAMIA McCULLER | | NOTICE OF MOTION TO VACATE THE ENTRY OF DEFAULT PURSUANT TO RULE 55 |
| | Plaintiff, | |
| vs. | | |
| THE CITY OF ROCHESTER, et al., | | Case No. 21-CV-6763 (FPG) |
| | Defendants. | |

MASAI ANDREWS

                        Plaintiff,              Case No. 21-CV-6764(FPG)

vs.

THE CITY OF ROCHESTER, et al.,

                        Defendants.

_____

     Defendants move this Court pursuant to FRCP 55(c) to vacate the Order of Referral to the Clerk of July 3 to Enter Default and a default having been entered on July 18, 2024 for the above stated two cases.  In support of this motion the Court is referred to the Declaration of John M. Campolieto, Esq., with exhibits attached, and the Memorandum of Law, all submitted herewith and made part of this motion.

DATED: July 26, 2024       PATRICK BEATH, Corporation Counsel

                                    /s/John M. Campolieto
         BY:   JOHN M. CAMPOLIETO
                Municipal Attorney
                *Attorney for Defendants*
                30 Church Street, Rm. 400A
                Rochester, New York 14614
                (585) 428-7410

1

2

To:     All Counsel (ECF)

2